

St. Croix | St. Thomas | St. John | Water Island
www.viwma.org

September 27, 2024

Ada I. Garcia-Rivera, Esq.
Clerk of the Court
United States District Court for the District of Puerto Rico Jose V.
Toledo U.S. Courthouse
300 Recinto Sur St., Suite 325 San
Juan, Puerto Rico 00901

RE:   In the matter of the Complaint of :
      Third Lady LLC
      *For the Exoneration from Limitation of Liability, as owners of the M/V*
      *BONNIE G*
      USDC-PR Civil No. 2024-cv-1169
      O/F:654-2

To Whom it May Concern:

Virgin Islands Waste Management Authority (VIWMA) entrusted Third Lady LLC (Bonnie G ) to transport "**Fifteen (15 )Ventis Pro 5 Mx4 Multi-Gas Monitors**" from St. Croix, USVI to St. Thomas, USVI on or about October 3, 2023. Due to improper equipment and negligence of the crew of the Bonnie G, four (4) out of the fifteen (15) of the Ventis Pro 5 Mx4 Multi-Gas Monitors suffered water damage.

The Ventis Pro 5 Mx4 Multi-Gas Monitors are lifesaving safety devices utilized by the VIWMA's employees. The damage to the four (4) Ventis Pro 5 Mx4 Multi-Gas Monitors, renders the gas monitors unsafe and improper to be utilized by the VIWMA.
VIWMA losses total as follows:
- $4,400.00-Ventis Pro 5 Mx4 Multi-Gas Monitors
- $320.00-Shiping and Handling

Attached are receipts which show the above referenced cost incurred and lost by the VIWMA. The VIWMA is requesting Third Lady LLC (Bonnie G) be deemed responsible. Please advise if any additional information is required to be provided.

Respectfully,

Akeem Charleswell
Environmental Health and Safety Officer
Virgin Islands Waste Management Authority
7410 Estate Bovoni Bay 2
St. Thomas, VI 00802
acharleswell@viwma.org

CC: Manuel Sosa; Sosa, Carvajal, & Velez-Rive, PSC

7410 Estate Bovoni Bay 2
Charlotte Amalie, VI 00802
PH: 340.715.9100 | FX: 340.777.3284

6196 Estate Glynn
Frederiksted, VI 00850 - 9887
PH: 340.712.4962 | FX: 340.719.1835

6506 Susannaberg
St. John, VI 00830
PH: 340.774.2141 | FX: 340.715.0458



# PALADIUS

*Paladius International LLC*
110 Calle La Cambija Bayamon, PR 00961
*(787) 786-1555 | sales@paladius.com*

# Invoice

| DATE | INVOICE# |
|---|---|
| 09/26/2023 | 116471 |

*www.paladius.com*

**BILL TO:**
Virgin Islands Waste Management Authority
Denise E. H. Lewis
RR1 6196 Estate Glynn
Kingshill, 00850
U.S. Virgin Islands

**SHIP TO:**
Virgin Islands Waste Management Authority
SHANA GILBERT
VIWMA
#252 Estate Glynn
Kingshill, VI 00850

| | |
|---|---|
| Customer PO Number | 003586 |
| Sales Order | SO-02575 |
| Sales Rep | Peter Dahlstrom |
| Billing Due Date | 9/26/2023 |
| Incoterms | DAP - Delivered at Place |
| **Amount Due** | **$27,410.00** |

| PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 9007-VTS-K12321011( | Ventis MX4, LEL (Pentane), CO, H2S, O2, Li-ion Ext Range, Desktop Charger, Without Pump, Orange, UL/CSA, English | 30.00 | $903.00 | $27,090.00 |
| FREIGHT | Freight (Shipping & Handling)Split shipment to STX and STT | 1.00 | $320.00 | $320.00 |

USPS Tracking Number:
9406 1036 9930 0028 2742 54

| | |
|---|---|
| Sub-Total | $27,410.00 |
| Sales Tax | $0.00 |
| Total | $27,410.00 |
| Amount Paid | ($0.00) |
| Credit Amount | ($0.00) |
| **Amount Due** | **$27,410.00** |

000001

Page 1 of 1 Invoice 116471



# STEVENSON FORMEL FREIGHT SERVICES LLC
## M/V NORMA H II / M/V LINDA D / M/V BONNIE G

PO Box 9023592 San Juan, PR 00902-3592 - Pier 10, Puerta de Tierra
Tel: 787-723-4114 - Fax: 787-724-4354 - Email info@normahfreight.com
www.normahfreight.com
*"A family name serving the Caribbean for over 40 years"*

| Date Received | Voyage Number | Frt. Prepaid | Collect | COD | Bill of Lading Number |
|---|---|---|---|---|---|
| 10/3 | BG-102 | | 0 | | FSHP 720 |

**SHIPPER:** Cargo Must arrive to carrier properly packaged and labeled for Ocean Transit.
VIWMA
STT

**CONSIGNEE:** VIWMA
Akeem Charleswell

**COUNTRY OF ORIGIN:**

**DECLARED VALUE:** $

**TELEPHONE #:** 474-7762   STT

| Quantity | Description, Marking, Packaging | Weight | Cu. Meters | Rate | Charges |
|---|---|---|---|---|---|
| 1 box | Gas Monitors | | | 25+1 | 25 |
| | | | | | |
| | | | | | |
| | OK TO DISPATCH NORMA H / LINDA D | | | | |
| | | | | | |
| **TOTALS** | | | | | |

RECEIVED the described goods or packages or containers said to contain unless otherwise indicated, to be transported and delivered or transshipped as herein provided.
THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF.

| | |
|---|---|
| **FUEL SURCHARGE** | 25 |
| **C.O.D. Charges** | |
| **Total Due** | NC |

**Carrier:** STEVENSON FORMEL FREIGHT SERVICES LLC.

**REMARKS:** Possibly water damage on 4 units

Count and check cargo before signing. No claims will be allowed after cargo has been loaded and left the dock.

**Consignee Acceptance of Delivery**

**Authorized Signature**

| ALL CHARGES ARE DUE UPON DELIVERY OF CARGO TO CONSIGNEE | | | | |
|---|---|---|---|---|
| PAID | NOT PAID | CASH | CHECK NO. | DATE |
| FRT. | 0 | | | 10/12 |
| COD | | | | |

Any cargo not cleared by Customs and/or not picked up at dock by the end of a working day will be given to our respective agents. Any clearance, transfer or storage cost will be for account of consignee. We will make every attempt to reach consignee by telephone. However cargo not collected within five (5) working days after discharge will be considered unclaimed and will be disposed of accordingly.

**This Bill of Lading is your invoice**

000002

